# Exhibit A

*Latin Americans for Social and Economic Development et al.*
*v. Administrator of FHWA et al.*, Case No. 10-cv-10082-AC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LATIN AMERICANS FOR SOCIAL AND ECONOMIC DEVELOPMENT, et al.,**

Plaintiffs,

v.

**ADMINISTRATOR OF THE FEDERAL HIGHWAY ADMINISTRATION, etc., et al.,**

Defendants.
______________________________/

**HONORABLE AVERN COHN**

**No. 10-10082**

**TELEPHONE CONFERENCE**

**Thursday, August 19, 2010**

Appearances:

Anthony Michael Alexis, Sr.
Mayer, Brown & Platt
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600
On behalf of Plaintiffs

Patrick A. Moran
CenTra, Inc.
12225 Stephens Road
Warren, MI 48089
(248) 855-8888

Michael A. Nedelman
Nedelman Gloetzner
28580 Orchard Lake Road, #140
Farmington Hills, MI 48334
248-855-8888
On behalf of DIBC

Marissa A. Piropato
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0470
On behalf of Defendants

Kenneth L Shaitelman
U.S. Attorney's Office
211 W. Fort Street, #2001
Detroit, MI 48226
(313) 226-9709
On behalf of Defendants

\- - -

*To obtain a certified transcript, contact:*
*Sheri K. Ward, Official Court Reporter*
(313) 965-4401 or ward@transcriptorders.com
*Proceedings recorded by stenography.*
*Transcript produced by computer-aided transcription.*

Detroit, Michigan
Wednesday, August 4, 2010
10:05 a.m.

\- - -

**THE COURT:** Good morning. Who is on the call?

**MR. MORAN:** From the plaintiffs Patrick Moran, Tony Alexis and Michael Nedelman.

**MS. PIROPATO:** For the federal defendants, Marissa Piropato and Ken Shaitelman.

**THE COURT:** All right. The reason I arranged the call is because I wanted to expedite a couple of items. First, I have sent you a Memorandum and Order relating to the administrative record, and I just wanted to emphasize in its current form what you have submitted to the Court as the administrative record is, in all candor, useless to the Court. Until I get an index of each of those 14 CD's -- hello? Hello?

**MR. MORAN:** We're still here.

**THE COURT:** Until I get an index to each of those 14 CD's and a further index in the form that I have suggested, none of that is accessible to us.

That reinforces what I'm about to say now. In the summary -- in the FHWA's motion to affirm there are a number of assertions that the record of decision makes underlying its findings, and there are citations to the administrative record. We tried to look for one of them and couldn't find it.

Therefore, that motion to affirm must be supplemented by an appendix of the record -- of those portions of the administrative record which are cited in it indexed and highlighted to support the assertions. Does anyone from the government not understand what I want?

**MS. PIROPATO:** No, we understand, Your Honor.

**THE COURT:** All right. That's the only way I can deal with it.

**MS. PIROPATO:** Okay.

**THE COURT:** Mr. Moran, you have done a nice job supplementing what you want in the administrative record, and you may want to revise that in light of the motion to affirm and the factual assertions in the motion to affirm.

**MR. MORAN:** We will do so, Your Honor. Thank you.

**THE COURT:** That's up to you.

**MR. MORAN:** We intend to do so.

**THE COURT:** Now, lastly, are there any questions about what I have just said or what my order requires?

**MS. PIROPATO:** Your Honor, this is the government, if I may just raise a few questions.

**THE COURT:** Go ahead.

**MS. PIROPATO:** With respect to the three things you wanted and with respect to number two, you wanted the AR index organized by category. Let me back up and say that right now I'm in a secure government security, it's a cave, and I don't

have phone or email access, so it's very hard to confer with my client given where I am right now, but the initial call I did have suggested that this might take a very long time to do because a lot of the documents fall into multiple categories so I wanted to make sure I understood completely what you wanted, which is to say do you want each document in the five categories, do you want for us to list that document and then have those five categories or would you like the agency to choose one category which the agency feels best describes which bucket it falls into, so to speak?

**THE COURT:** I think one. I want it done in a way that can be done in an expedited fashion.

**MS. PIROPATO:** Would it be okay then, Your Honor, if it's done by date?

**THE COURT:** I'm not sure what you mean.

**MS. PIROPATO:** Well, the date of the document because that roughly would correspond to one of the categories. For example, the purpose and need, and then we move on to the analyses, the alternatives. I mean that might be one way it could be done in an expedited fashion. Then we can supplement that by including sort of the key documents that work with the categories.

**THE COURT:** That's okay.

**MS. PIROPATO:** Would that be okay, Your Honor?

**THE COURT:** Yes.

**MS. PIROPATO:** One other thing I would raise is timing. I'm in Italy from September 1st to the 15th. I'm assuming, and again, I haven't been able to confirm all of this because of where I am, many or some of the members of the agency who might be involved in this could be on vacation because it's --

**THE COURT:** Well, after you get a chance to circulate this, you let Ms. Owens know, the case manager, of when you would likely be able to comply.

**MS. PIROPATO:** Okay. Thank you, Your Honor.

**THE COURT:** Anything else?

**MR. MORAN:** Just -- this is Patrick Moran. Just to be helpful, Ms. Piropato, there are certain documents that were listed in your motion that we, we can't find on the index, and we have printed out everything hard copy. They are not in hard copy either. I'm going to send you that --

**MS. PIROPATO:** Okay.

**MR. MORAN:** -- and send that to Mr. Shaitelman to assist you.

**THE COURT:** Well, you better send a copy to the Court.

**MR. MORAN:** We will.

**MS. PIROPATO:** You can't find --

**MR. MORAN:** We can't find them in any of the CD's. We made the CD's searchable because the form we had them in

they weren't searchable. When we couldn't find them, then we went through hard copy, and thus far we haven't found any of them in a hard copy as well.

**MS. PIROPATO:** Okay. I had someone double-check them and I double-checked that they were all on the index -- I mean on the DVD's, but maybe there --

**MR. MORAN:** Well, not to take the Court's time, but I'll send you the list and the Court the list, and if you can show us where they are, that would be helpful.

**MS. PIROPATO:** Okay.

**THE COURT:** Well, ultimately she's going file in hard copy everything that she has cited.

**MR. MORAN:** All right. Well, we can wait for that then.

**THE COURT:** Why don't you wait for that then.

**MR. MORAN:** Yes, sir.

**THE COURT:** Do you understand what I'm saying? It's an appendix of the documents cited in the motion.

**MS. PIROPATO:** Yes, Your Honor, I do understand that.

**THE COURT:** Okay, hard copy.

**MS. PIROPATO:** Is there a date by which you would want that, Your Honor?

**THE COURT:** As soon as possible.

**MS. PIROPATO:** Okay. I would say I am sorry I won't be able to get to it until next week.

**THE COURT:** That's all right.

**MS. PIROPATO:** Okay.

**THE COURT:** Because Mr. Moran really can't file an answer to that motion unless he has that appendix.

**MS. PIROPATO:** Okay.

**THE COURT:** All right?

**MS. PIROPATO:** Okay, Your Honor.

**THE COURT:** Thank you.

**MR. MORAN:** Thank you, Judge.

**THE COURT:** Thank you. I'm going to have this transcribed and sent to you.

**MS. PIROPATO:** Thank you.

**MR. MORAN:** Thank you, Your Honor.

**THE COURT:** Bye.

(Telephone Conference concluded at 10:12 a.m.)

- - -

**C E R T I F I C A T I O N**

I, Sheri K. Ward, official court reporter for the United States District Court, Eastern District of Michigan, Southern Division, appointed pursuant to the provisions of Title 28, United States Code, Section 753, do hereby certify that the foregoing is a correct transcript of the proceedings in the above-entitled cause on the date hereinbefore set forth.

I do further certify that the foregoing transcript has been prepared by me or under my direction.

s/ Sheri K. Ward
Sheri K. Ward,
Official Court Reporter

August 30, 2010
Date

\- - -