# Exhibit B

*Latin Americans for Social and Economic Development et al. v. Administrator of FHWA et al.*, Case No. 10-cv-10082-AC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DISTRICT**

| | |
|---|---|
| LATIN AMERICANS FOR SOCIAL AND ECONOMIC DEVELOPMENT *et al.*, | ) |
| Plaintiffs, | ) Civ. Case No. 10-10082 |
| v. | ) Hon. AVERN COHN |
| The ADMINISTRATOR of the Federal Highway Administration in his official capacity; The FEDERAL HIGHWAY ADMINISTRATION, an agency of the United States Department of Transportation; JAMES J. STEELE, in his official capacity as the Michigan Division Administrator of the Federal Highway Administration | ) |
| Defendants. | ) |

DECLARATION OF RYAN RIZZO

RYAN RIZZO hereby declares under penalty of perjury:

1. I have been employed by the Federal Highway Administration ("FHWA") for 26 years. My current position is Major Project Manager, Michigan Division of the FHWA, and I have held this position since 2005. In that capacity, I was the federal project manager for the Detroit River International Crossing ("DRIC") Project. All the information herein is based upon my personal knowledge and experience.
2. The Michigan Division of the FHWA maintains internal documents and emails relevant to the DRIC project, which is the subject of the current litigation.
3. The Administrative Record in the current litigation was assembled using documents and emails from the files of FHWA and MDOT. During the DRIC environmental review

process, the FHWA and MDOT consistently cooperated and coordinated concerning the Administrative Record.

4. Throughout the DRIC process, the documents and emails related to the DRIC were housed within the FHWA electronic computer files document management system entitled "GroupWise", the separate I, J, and K computer drives, as well as the official email mailboxes of the FHWA Michigan Division. These drives, systems, and mailboxes contained the project files for the DRIC.

5. The documents and emails in the project files were electronically searched using two methods.

   a. First, pursuant to the standard practice of the agency, the DRIC project was assigned a project identifier to enable the project files to be electronically located through a key term associated with the project, i.e., a "project identifier." The DRIC project was assigned a project identifier, "EIS-05-01," and documents were gathered from the GroupWise directory using this identifier.

   b. Under the second method, network drives I, J, and K were searched for the term "DRIC" in the subject or body of the documents and emails. As described below, that email search was further refined to capture relevant documents and the personal email boxes were searched using a list of search terms.

6. FHWA then had to make a determination as to which records to include in the Administrative Record. Pursuant to agency practice, the FHWA included all documents and emails in the DRIC Administrative Record that were used or relied upon directly or indirectly by the FHWA in reaching its final agency decision.

7. Second, the FHWA included only those documents within the January 1, 2005 through January 14, 2009 timeframe. This date range reflects the starting and end dates for the DRIC environmental review process leading up to the Record of Decision ("ROD"). The FHWA made several exceptions to this date range. For example, we included the framework agreement for the Border Transportation Partnership formed in 2001, and the Final Report for the Planning, Need and Feasibility study to provide background information.

8. Third, the FHWA excluded certain documents by category. These categorical exclusions, which reflect documents that were not relied upon the decision maker in reaching the final decision, are listed below:

   a. stand-alone news articles and other media-related documents;

   b. contract documents, including original contracts, amendments and associated forms, original and price proposals;

   c. draft versions of most documents were excluded where a final draft version was available;

   d. draft versions of the Presidential Permit application for the DRIC, which even today has not yet been finalized.

   e. documents that dealt with nearby projects but were not DRIC-related.

9. When in doubt as to whether a document fell into any of the categories identified above, the FHWA erred on the side of inclusion.

10. In addition to the categorical exclusions listed above, a DVD originally included with the hard copy of the DRIC Final Environmental Impact Statement released and distributed in December 2008, and subsequently removed, was excluded. The removal was noticed in

the Federal Register and each DRIC FEIS recipient was notified officially in writing.

The Administrative Record includes this notification letter.

11. When searching the personal email of the project personnel, we used the following search terms:

Ambassador Bridge + DRIC + alternative
Purpose and need + DRIC
Second span + DRIC + alternative
Twinning + DRIC + alternative
Fiscal security + DRIC
Economic security + DRIC
Redundancy + DRIC
Air quality + DRIC
Environmental justice
Executive Order 12,898
Downriver + alternative
Belle Isle + alternative
Delray + community + DRIC
Presidential Permit + DRIC
Neighborhood impacts
Traffic forecast + DRIC
Traffic analysis + DRIC
Windsor + DRIC + Ambassador Bridge
Brighton Beach + DRIC
St. Paul + church
Kovacs
Frank Beard School
South Rademacher Community Recreation Center
Viability + existing crossings
State Department + DRIC
Coast Guard + DRIC
Customs and Border Control + DRIC
CBP + DRIC
General Services Administration + DRIC
GSA + DRIC
Cooperating agencies + DRIC
Fort Wayne + DRIC
Berwalt Manor + DRIC
Grosse Isle + alternative
Huron Church + DRIC + Ambassador Bridge
Sandwichtowne
Sandwich Towne
Brine wells + drilling

12. In addition, the categorical and date restrictions described above were also applied to this email search.

13. In accordance with 28 U.S.C. ' 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of October, 2010.

Ryan Rizzo
Michigan Division, FHWA